(September 25, 1970)

In the Matter of MORTON GREENSPAN et al., Respondents-Appellants, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, Respondents, and J. STANLEY SHAW et al., Appellants-Respondents.—

Christ, P. J., Rabin, Munder, Latham and Benjamin, JJ., concur.